**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM E. DICKINSON, ET AL.,

    Plaintiffs,

    v.

DEPUY ORTHOPAEDICS INC., ET AL.,

    Defendants.
    _____/

No. C 12-01199 JSW

**ORDER VACATING HEARING**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to stay and the motion to remand which have been noticed for hearing on Friday, June 1, 2012 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: May 30, 2012

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE